UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

United States Courts
Southern District of Texas
**FILED**

OCT 22 2020

David J. Bradley
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NUMBER |
| AMANDA ESTRADA | § § | |

INDICTMENT    **V-20-113**

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about June 11, 2020, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

AMANDA ESTRADA,

knowingly possessed one (1) firearm and ammunition in and affecting interstate and foreign commerce, to wit;

a.) a Taurus model PT738, .380 caliber handgun, bearing serial number 07466F;

b.) thirty-five (35) rounds of .380 caliber ammunition;

having previously been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year (a felony offense), and knowing that she was a person who has been convicted of a felony offense.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as a result of the commission of a violation of Title 18, United States

Code, Sections 922(g)(1) and 924(a)(2), as alleged in Count One of the Indictment, notice is given that the defendant,

AMANDA ESTRADA,

shall forfeit to the United States any firearm and ammunition used in commission of the offense, including, but not limited to, the following:

    a.) a Taurus model PT738, .380 caliber handgun, bearing serial number 07466F;

    b.) thirty-five (35) rounds of .380 caliber ammunition;

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: *Patti Hubert Booth*
PATTI HUBERT BOOTH
Assistant United States Attorney